

| William Cafaro, Esq.<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com | **LAW OFFICES OF**<br>**WILLIAM CAFARO**<br><br>108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>*www.cafaroesq.com* | Louis M. Leon, Esq.<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com |
|---|---|---|
| Amit Kumar, Esq.<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com | | Matthew S. Blum, Esq.<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |
| Andrew S. Buzin, Esq.<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | | |

August 29, 2023

*Via ECF and e-mail*
Hon. John P. Cronan, U.S.D.J
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

      Re: O'Hara v. City Testing Centers, LLC, et al
        Case No.: 23-cv-03873

Your Honor,

  This office represents the Plaintiff, Brianna O'Hara in the above referenced action brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). We write to request a short two week extension of time to file our first amended complaint from September 4, 2023 to September 18, 2023. No previous request for an extension of this deadline have been made and opposing counsel has consented to this request. We are requesting this extension because it will allow us to meet with Ms. O'Hara to get the necessary facts so that the amended complaint will withstand the Defendants' anticipated motion to dismiss. The requested extension will not affect any other scheduled dates or deadlines in this action.

  We thank the Court for its courtesy in this regard.

            Respectfully Submitted,
            LAW OFFICE OF WILLIAM CAFARO

            _____
            By: Amit Kumar, Esq.
              *Attorneys for Plaintiffs*

CC:
All Counsel of Record (via ECF)

The request is granted. Plaintiff shall file any amended complaint by September 18, 2023.

SO ORDERED.
Date: August 30, 2023      _____
New York, New York       JOHN P. CRONAN
              United States District Judge