

**LAW OFFICES OF
WILLIAM CAFARO**

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

October 12, 2023

**<u>*Via ECF and e-mail*</u>**
Hon. John P. Cronan, U.S.D.J
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

*The request is granted.  Plaintiff shall respond to the pre-motion letter by October 26, 2023.  The Clerk of Court is respectfully directed to close Docket Number 20.*

*SO ORDERED.*
*Date: October 12, 2023*
*New York, New York*

JOHN P. CRONAN
United States District Judge

Re:  O'Hara v. City Testing Centers, LLC, et al
       Case No.: 23-cv-03873

Your Honor,

This office represents the Plaintiff, Brianna O'Hara in the above referenced action brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). We write, with Defendants' consent, to request an extension of Plaintiff's deadline to submit an opposition to Defendants' letter motion requesting a pre-motion conference, dated October 6, 2023.  The current deadline is today, and this is our first request for an extension of this deadline.

We make this request because trial counsel on this case, Amit Kumar, has had an unforeseen, serious family emergency that has had him out of the office since yesterday and he will continue to be out for the next several days.  Although we do apologize to the Court for making this request at the last minute, it could not have been done sooner.  As soon as it became evident that Mr. Kumar would be unavailable for this submission, we promptly reached out to defense counsel for his consent to an extension, and he graciously agreed to it.  Accordingly, we ask the Court to grant this request.

Respectfully Submitted,
LAW OFFICE OF WILLIAM CAFARO

By:     Louis M. Leon, Esq.
        *Attorneys for Plaintiff*

CC:
All Counsel of Record (via ECF)