

| William Cafaro, Esq.<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com<br><br>*Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com<br><br>*Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | **LAW OFFICES OF**<br>**WILLIAM CAFARO**<br><br>108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>www.cafaroesq.com | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com<br><br>*Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |

October 26, 2023

*The request is granted. Plaintiff shall respond to Defendants' letter by November 9, 2023. The Court extends its condolences to Mr. Kumar. The Clerk of Court is respectfully directed to close Docket Number 23.*

**Via ECF and e-mail**
Hon. John P. Cronan, U.S.D.J
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

SO ORDERED.
Date: October 27, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re:   O'Hara v. City Testing Centers, LLC, et al
      Case No.: 23-cv-03873

Your Honor,

This office represents the Plaintiff, Brianna O'Hara in the above referenced action brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). We write, with Defendants' consent, to request a two-week extension of Plaintiff's deadline to submit an opposition to Defendants' letter motion requesting a pre-motion conference. The current deadline is today, and this is our second request for an extension of this deadline.

As the undersigned previously advised the Court, trial counsel on this case, Amit Kumar, had an unforeseen, serious family emergency that has had him out of the office since earlier this month. [DE 20]. Lamentably, the emergency recently took a turn for the worse and Mr. Kumar is now on bereavement leave until further notice. We now ask for one last extension, i.e., of two weeks, to November 9, 2023, to submit the opposition. Even if Mr. Kumar is not back to the office by then, the undersigned will submit the opposition by the new deadline.

We apologize for making this request at the last minute, but did not want to make it unless we were sure it was needed and how much time would be needed. Accordingly, we ask the Court to grant this request.

Respectfully Submitted,
LAW OFFICE OF WILLIAM CAFARO

By:   Louis M. Leon, Esq.
      *Attorneys for Plaintiff*

CC:
All Counsel of Record (via ECF)