```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
BRIANNA O'HARA,                                                        :
                                                                       :
                                Plaintiff,                             :
                                                                       :          23 Civ. 3873 (JPC)
                -v-                                                    :
                                                                       :                ORDER
CITY TESTING CENTERS LLC et al.,                                       :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court has been advised that mediation was unsuccessful in this matter. The parties shall file a joint status letter by February 1, 2024, advising the Court as to how the parties intend to proceed in this matter.

      SO ORDERED.

Dated: January 25, 2024
       New York, New York

                                                    JOHN P. CRONAN
                                                    United States District Judge