UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BRIANNA O'HARA,                                    Case No.: 23-cv-03873-JPC


                              Plaintiff,

                  -vs.-

CITY TESTING CENTERS LLC, GYM U NYC LLC and
DAVID BARTON

                              Defendants.
-------------------------------------------------------------X

## **JUDGMENT**

WHEREAS, Plaintiff BRIANNA O'HARA, filed a complaint against Defendants, CITY TESTING CENTERS LLC, GYM U NYC LLC and DAVID BARTON on May 9, 2023, alleging violations of the Fair Labor Standards Act and New York Labor Law;

WHEREAS, Defendant CITY TESTING CENTERS LLC and David Barton in his capacity as a member of City Testing Centers LLC made an offer of judgment as to CITY TESTING CENTERS LLC ONLY pursuant to Federal Rule of Civil Procedure 68, on February 7, 2024;

WHEREAS, the Plaintiff accepted the offer of judgment and filed a notice of the acceptance on February 15, 2024;

NOW THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that a judgment be entered against the Defendant, CITY TESTING CENTERS LLC ONLY in favor of Plaintiff BRIANNA O'HARA, in the amount of Twenty Five Thousand Dollars and Zero Cents ($25,000.00) plus an additional Two Thousand Five Hundred Dollars and Zero Cents ($2,500.00) in attorneys' fees and costs for a total of **Twenty Seven Thousand Five Hundred Dollars and Zero Cents ($27,500.00)**

Dated:  New York, New York
February 20, 2024

JOHN P. CRONAN
United States District Judge

The Clerk of Court is respectfully directed to terminate City Testing Centers LLC as a party in this matter.