

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

**LAW OFFICES OF WILLIAM CAFARO**

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

February 19, 2024

<u>*Via ECF and via e-Mail*</u>
Hon. John P. Cronan, U.S.D.J
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

      Re:    O'Hara v. City Testing Centers, LLC, et al
             Case No.: 23-cv-03873

Your Honor,

      This office represents the Plaintiff, Brianna O'Hara in the above referenced action brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). We write, in compliance with the Court's Individual Rules of Practice, to request an adjournment of the upcoming February 22, 2024 conference to discuss the Defendants' motion to stay discovery in this action (the "Conference"). We are requesting that the Conference be adjourned to any time on February 23 or February 27. We are requesting this adjournment because Plaintiff's counsel's wife is being naturalized as a United States Citizen in Central Islip, New York at the same time of the Conference. Given this extraordinary accomplishment, the undersigned will be attending the naturalization ceremony and will be unable to attend the Conference. No previous requests have been made for an adjournment of this conference. Defendants have consented to this adjournment request.

      We thank the Court for its courtesy in this regard.

The request is granted.  The conference is adjourned to February 27, 2024 at 11:00 a.m.  By February 23, 2024, the parties shall submit a proposed case management plan, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

SO ORDERED.
Date: February 20, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Respectfully Submitted,
LAW OFFICE OF WILLIAM CAFARO

_____
By:    Amit Kumar, Esq.
       *Attorneys for Plaintiffs*

CC:
All Counsel of Record (via ECF)