

# Thomas D. Shanahan, P.C.

One Grand Central Place  
60 East 42nd Street  
Suite 4600  
New York, NY 10165

tom@shanahanlaw.com  
www.shanahanlaw.com  
(212) 867-1100, x11

May 6, 2024

*The request is granted. Discovery is stayed until May 15, 2024. The Clerk of Court is respectfully directed to close Docket Number 48.*

John P. Cronan  
United States District Judge  
500 Pearl Street, Room 1320  
New York, New York 10007

SO ORDERED.  
Date: May 7, 2024  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge

Re:  Letter Motion on Consent to Enlarge Time  
Index:  O'Hara v. Gym U NYC, LLC, *et al.*  
1:23-cv-03873-JPC

Honorable Judge Cronan:

My firm is counsel to all Defendants in the above captioned action. I am writing with the consent of Plaintiff's counsel. We are requesting a limited stay of discovery until May 15, 2024. The reason for the interim stay is the individual Defendant is currently dealing with personal issues that have impacted our ability to proceed in this action.

Should additional time be needed, I will advise my adversary and the Court. The parties request this letter be so ordered at your earliest convenience.

Most respectfully,

Thomas D. Shanahan

Cc:  Amit Kumar, Esq.