

**THOMAS D. SHANAHAN**
P.C.
PRACTICING IN NEW YORK & FLORIDA

Address:
New York
60 East 42nd Street
46th Floor
NY, NY 10176
(212) 867-1100 x11

Florida
501 East Las Olas Blvd., Suite 300
Fort Lauderdale, Florida 33301
(754) 256-8121

Email
tom@shanahanlaw.com

July 2, 2024

Honorable John P. Cronan
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007

Plaintiff shall respond to Defendants' letter by July 10, 2024 and advise the Court as to whether she consents to Defendants' request.

SO ORDERED.
Date: July 8, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

Re:   O'Hara v. City Testing Centers, LLC
Dkt:  1:23-cv-03873

Honorable Judge Cronan:

I represent Gym U NYC, LLC ("Gym U") and David Barton individually, the remaining Defendants in this action. The parties previously agreed on consent to stay discovery through July 1, 2024. The stay was so ordered by the Court as reflected in the court docket. I am writing after meeting and conferring with my adversary who will not consent for the reason stated below and in Attachment 2.

Mr. Barton continues in treatment as evidenced by the attached letter of Dr. Harold J. Weinberg, M.D., a Neurologist affiliated with NYU/Langone Hospital. Dr. Weinberg has recommended Mr. Barton continue to focus on diagnosis and treatment until September 2024. See Attach. 1. I reached out to Plaintiff's counsel on Friday to advise I was awaiting a letter from his doctor. The letter came yesterday and after forwarding it to my adversary, he indicated *he cannot consent without first speaking to his client and he is not sure when that will be.* See Attach 2.

As my adversary does not consent and does not know when he will speak to his client, I am writing to so advise this Court and request the stay be extended through September 9, 2024. I am away on vacation from July 8-19, 2024. If a telephonic or in person conference is required, I respectfully request it be scheduled during the week of July 22, 2024.

Respectfully,

Thomas D. Shanahan