**THOMAS D. SHANAHAN**
═══════════ P.C ═══════════
PRACTICING IN NEW YORK & FLORIDA

Address:
New York                Florida
60 East 42nd Street     501 East Las Olas Blvd., Suite 300
46th Floor              Fort Lauderdale, Florida 33301
NY, NY 10176            (754) 256-8121
(212) 867-1100 x11

Email
tom@shanahanlaw.com

July 2, 2024

Honorable John P. Cronan
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007

Re:    O'Hara v. City Testing Centers, LLC
Dkt:   1:23-cv-03873

As discussed during today's conference, the Court denies Defendants' request for a further stay without prejudice. The parties shall amend their initial disclosures under Rule 26(a)(1) by July 29, 2024. Fact discovery shall be completed by December 16, 2024. The parties shall submit a joint status letter by December 23, 2024, advising the Court as to whether they request a referral to Judge Stein for a settlement conference or to the Court-annexed mediation program, whether any party plans to file a post discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion. The Clerk of Court is respectfully directed to close Docket Number 55.

SO ORDERED.
Date: July 22, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

Honorable Judge Cronan:

I represent Gym U NYC, LLC ("Gym U") and David Barton individually, the remaining Defendants in this action. The parties previously agreed on consent to stay discovery through July 1, 2024. The stay was so ordered by the Court as reflected in the court docket. I am writing after meeting and conferring with my adversary who will not consent for the reason stated below and in Attachment 2.

Mr. Barton continues in treatment as evidenced by the attached letter of Dr. Harold J. Weinberg, M.D., a Neurologist affiliated with NYU/Langone Hospital. Dr. Weinberg has recommended Mr. Barton continue to focus on diagnosis and treatment until September 2024. See Attach. 1. I reached out to Plaintiff's counsel on Friday to advise I was awaiting a letter from his doctor. The letter came yesterday and after forwarding it to my adversary, he indicated *he cannot consent without first speaking to his client and he is not sure when that will be.* See Attach 2.

As my adversary does not consent and does not know when he will speak to his client, I am writing to so advise this Court and request the stay be extended through September 9, 2024. I am away on vacation from July 8-19, 2024. If a telephonic or in person conference is required, I respectfully request it be scheduled during the week of July 22, 2024.

Respectfully,

Thomas D. Shanahan