

William Cafaro, Esq.
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

Amit Kumar, Esq.
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

Andrew S. Buzin, Esq.
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

Louis M. Leon, Esq.
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

Matthew S. Blum, Esq.
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

November 21, 2023

<u>**Via ECF and e-mail**</u>
Hon. John P. Cronan, U.S.D.J
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

Re:   O'Hara v. City Testing Centers, LLC, et al
      Case No.: 23-cv-03873

Your Honor,

This office represents the Plaintiff, Brianna O'Hara in the above referenced action brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). We write, jointly with the Defendants, to request the Court stay discovery in this action and refer the case to a settlement conference before the assigned Magistrate Judge. To date the Parties have exchanged responses to one another's discovery demands and have begun the meet and confer process concerning those responses. While discussing the preceding it became evident that the Parties may be able to settle the action with the aid of the assigned magistrate judge. In order to give adequate time for the Parties to prepare for the settlement conference and so the Parties can use litigation resources towards settlement, we request the Court stay discovery

Given the above, the Parties jointly request the Court stay discovery and refer the action to a settlement conference

We thank the Court for its courtesy in this regard.

Respectfully Submitted,
LAW OFFICE OF WILLIAM CAFARO

*[signature]*

_____
By:   Amit Kumar, Esq.
      *Attorneys for Plaintiffs*

The request is granted. Discovery in this case is stayed and the Court will enter an order referring this matter to the Honorable Gabriel W. Gorenstein for a settlement conference. The parties shall file a status letter in this matter no later than seven days following the settlement conference, advising the Court of their views as to whether the stay on discovery should be lifted and proposing a revised Civil Case Management Plan if so. The Clerk of Court is respectfully directed to close Docket Number 60.

SO ORDERED.
Date: November 22, 2024
New York, New York

*[signature]*
JOHN P. CRONAN
United States District Judge