UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIANNA OHARA,

                      Plaintiff,                    23 Civ. No. 3873 (JPC)

      -against-                     **PRE-SETTLEMENT
                                                                          CONFERENCE ORDER**

GYM U NYC LLC, and DAVID
BARTON,

                      Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, December 17, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 393 328 850#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
               November 27, 2024

                                                                  _____
                                                                  The Honorable Gary Stein
                                                                  United States Magistrate Judge