UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRIANNA O'HARA,                                         Case No.: 23-cv-03873-JPC

                          Plaintiff,
    -vs.-

CITY TESTING CENTERS LLC, GYM U NYC LLC and
DAVID BARTON

                         Defendants.
--------------------------------------------------------------X

## **JUDGMENT**

WHEREAS, Plaintiff BRIANNA O'HARA, filed a complaint against Defendants, CITY TESTING CENTERS LLC, GYM U NYC LLC and DAVID BARTON on May 9, 2023, alleging violations of the Fair Labor Standards Act and New York Labor Law;

WHEREAS, Defendant CITY TESTING CENTERS LLC and David Barton in his capacity as a member of City Testing Centers LLC made an offer of judgment as to CITY TESTING CENTERS LLC ONLY pursuant to Federal Rule of Civil Procedure 68, on February 7, 2024;

WHEREAS, the Plaintiff accepted the offer of judgment and filed a notice of the acceptance on February 15, 2024;

WHEREAS, Defendant Gym U NYC LLC and David Barton in his personal capacity made an offer of judgment as to Gym U NYC LLC and David Barton pursuant to Federal Rule of Civil Procedure 68, on January 23, 2025;

WHEREAS, the Plaintiff accepted the offer of judgment and filed a notice of the acceptance on January 29, 2025;

NOW THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that a judgment be entered against the Defendant, Gym U NYC LLC, in the amount of Two Thousand Five Hundred Dollars and Zero Cents ($2,500.00)

Dated: New York, New York
       January 30, 2025

                                      Hon. John P. Cronan
                                  United States District Judge

The Clerk of Court is respectfully directed to enter judgment and to close this case.